4/8/2022 12:39 PM
22CV12030

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| DIANNE CHERIS MEEK,<br><br>          Plaintiff,<br><br>     vs.<br><br>MACY'S, INC., d/b/a MACY'S, a foreign business corporation,<br><br>          Defendant. | Case No. 22CV12030<br><br>COMPLAINT<br><br>(Negligence)<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>JURY TRIAL REQUESTED<br><br>Prayer Amount: $403,000<br><br>Fee Authority: ORS 21.160(1)(c) |

Plaintiff DIANNE CHERIS MEEK alleges as follows:

1.

At all material times, Plaintiff was a resident of Washington County.

2.

At all times material, defendant MACY'S, INC., (hereinafter "Macy's") was a foreign corporation. Macy's conducts regular, sustained business activity in Washington County, Oregon.

3.

On or about August 29, 2021, Plaintiff was a customer at the Washington Square Macy's. While shopping in the store, Plaintiff tripped on a carpet that was not properly secured. Store management apologized for the unsafe condition.

Page- 1   COMPLAINT

Thuemmel Uhle & Eder
278 SW Arthur Street
Portland, OR 97201
503-227-4601

EXHIBIT 1
Page 1 of 16

4.

The unsafe carpet caused Plaintiff to trip and fall, suffering injuries, including to her shoulder.

**FIRST CAUSE OF ACTION**

**(Negligence of MACY'S)**

5.

Plaintiff re-alleges and incorporates by reference herein each and every allegation contained herein above as though fully set forth below.

6.

The negligence of MACY'S includes but is not limited to:

(a) Failing in its duty of care to keep the customer areas of the store clear of trip hazards;

**(b)** Failing to warn of possible trip hazards;

(c) For using carpeting that appear to be fixed in place;

(d) For placing unsecured carpet in the store creating a trip hazard;

(e) For failing to properly train and supervise employees in trip hazards;

(f) For failing to properly train and supervise employees in customer safety;

(g) For failing to properly monitor employees; and

(h) For failing in designing and maintaining the store in an effort to sell products and services and direct customer attention away from potential trip hazards.

**CLAIM FOR RELIEF**

7.

As a direct result of the negligence of Defendants, Plaintiff suffered injuries resulting in $3,000 in reasonable and necessary medical treatment to date.

8.

Page- 2 COMPLAINT

Thuemmel Uhle & Eder
278 SW Arthur Street
Portland, OR 97201
503-227-4601

EXHIBIT 1
Page 2 of 16

1  As a direct result of the negligence of Defendants, Plaintiff suffered a shoulder injury that
2  will require surgery, resulting future medical expenses of $50,000.
3  9.
4  As a direct result of the negligence of Defendants, Plaintiff may need additional medical
5  treatment after surgery for her shoulder.
6  10.
7  As a direct result of Defendants' negligence, Plaintiff suffered, and will continue to suffer,
8  pain and mental and emotional suffering, all to her noneconomic damage in an amount to be proven
9  at trial and established by a jury and not estimated to exceed $350,000.
10
11  WHEREFORE, Plaintiff prays for the following relief against Defendants:
12  (1)  Noneconomic damages in the amount of $350,000;
13  (2)  Economic damages in the amount of $53,000;
14  (3)  For post judgment interest on all liquidated sums at a rate of 9% per annum;
15  (3)  For Plaintiff's costs and disbursement incurred herein; and
16  (4)  For such other and further relief as the Court deems just and equitable.
17
18  DATED this 8th day of April, 2021.
19
20  THUEMMEL UHLE AND EDER
    /S/David Eder
21  _____
    David Eder, OSB No. 052433
    *davidgme-law. corn*
22  Joel D. Sturm, OSB No. 124710
    *joel@tue-law.com*
23  Of Attorneys for Plaintiff
24
25
26

Page- 3  COMPLAINT

Thuemmel Uhle & Eder
278 SW Arthur Street
Portland, OR 97201
503-227-4601
EXHIBIT 1
Page 3 of 16

# AFFIDAVIT OF SERVICE

### IN THE CIRCUIT COURT OF THE STATE OF OREGON
### IN AND FOR THE COUNTY OF WASHINGTON

Case Number: 22CV12030

Plaintiff: **DIANE CHERIS MEEK**
vs.
Defendant: **MACY'S, INC d/b/a MACY'S, a foreign business corporation**

Service Documents:
SUMMONS AND COMPLAINT

For:
David Eder
Thuemmel, Uhle & Eder
200 SW Market St
#1900
Portland, OR 97201

Received by BARRISTER SUPPORT SERVICE, INC. on the 12th day of April, 2022 at 3:40 pm to be served on **MACY'S, INC DBA MACY'S R/A: CORPORATE NETWORK, 9300 SW WASHINGTON SQUARE RD, TIGARD, OR 97223**.

I, Wayne Savage, Process Server, being duly sworn, depose and say that on the **18th day of April, 2022** at **2:22 pm**, I:

SERVED **MACY'S, INC DBA MACY'S R/A: CORPORATE NETWORK** at 9300 SW WASHINGTON SQUARE RD, TIGARD, OR 97223 by personally serving a true copy of the SUMMONS AND COMPLAINT upon JACOB BECERRT, the clerk on duty in the office of the Registered Agent and who is authorized to accept service.

MAILING was completed on 4/20/2022 by mailing a true copy of the doucments served to the defendant at the address of service along with a statement regarding the date, time and manner of service.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: CAUCASIAN, Height: 5'11", Weight: 160, Hair: BLONDE, Glasses: Y

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 20th day of April, 2022 in the county of Multnomah by the affiant who is personally known to me.

NOTARY PUBLIC
of OREGON

OFFICIAL STAMP
PARIS MONIQUE WARREN
NOTARY PUBLIC - OREGON
COMMISSION NO. 1010195
MY COMMISSION EXPIRES MARCH 10, 2025

Wayne Savage, Process Server
Process Server
4/20/2022
Date

BARRISTER SUPPORT SERVICE, INC.
10725 SW Barbur Blvd
Suite 202
Portland, OR 97219-6754
(503) 246-8934

Our Job Serial Number: TSB-2022001601



EXHIBIT 1
Page 4 of 16



Barrister Support Service
10725 SW Barbur Blvd.
Suite 202
Portland, OR 97219
www.barristersupport.com

Macy's Inc dba Macy's
RA: Corporate Network
9300 SW Washington Square Rd
Tigard, OR 97223

EXHIBIT 1
Page 5 of 16

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| DIANE CHERIS MEEK, | Case No.: 22CV12030 |
| Plaintiff, | |
| v. | SUMMONS |
| MACY'S, INC., d/b/a MACY'S, a foreign business corporation,, | |
| Defendant. | |

To: Macy's, Inc. *via registered agent* Corporate Creations Network Inc.
5708 SE 136th Ave
Suite 2
Portland, OR 97236

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the third-party complaint.

**NOTICE TO THE RESPONDENT:
READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY

Joel D. Sturm, OSB # 124710
PRINTED NAME OF ATTORNEY

Thuemmel Uhle & Eder
278 SW Arthur Street
Address

Portland   OR   97201   (503) 227-4601
City   State   ZIP   Phone

PAGE- 1 SUMMONS

ORIGINAL

THUEMMEL UHLE & EDER
278 SW Arthur Street
Portland, OR 97201
503-227-4601

EXHIBIT 1
Page 6 of 16

STATE OF OREGON: County of Multnomah) ss.

I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

Joel D. Sturm, OSB #124710
Thuemmel Uhle & Eder
278 SW Arthur Street
Portland, OR 97201
ATTORNEY OF RECORD FOR PLAINTIFF

PLAINTIFF TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Joel D. Sturm, OSB #124710
Thuemmel Uhle & Eder
278 SW Arthur Street
Portland, OR 97201
ATTORNEY OF RECORD FOR PLAINTIFF

PAGE- 2 SUMMONS

THUEMMEL UHLE & EDER
278 SW Arthur Street
Portland, OR 97201
503-227-4601

EXHIBIT 1
Page 7 of 16

# AFFIDAVIT OF SERVICE

### IN THE CIRCUIT COURT OF THE STATE OF OREGON
### IN AND FOR THE COUNTY OF WASHINGTON

Case Number: 22CV12030

Plaintiff: DIANE CHERIS MEEK
vs.
Defendant: MACY'S, INC d/b/a MACY'S, a foreign business corporation

Service Documents:
SUMMONS AND COMPLAINT

For:
David Eder
Thuemmel, Uhle & Eder
200 SW Market St
#1900
Portland, OR 97201

Received by BARRISTER SUPPORT SERVICE, INC. on the 12th day of April, 2022 at 3:40 pm to be served on **MACY'S, INC DBA MACY'S R/A: CORPORATE NETWORK, 5708 SE 136TH AVE, SUITE 2, PORTLAND, OR 97236.**

I, Paris Warren, being duly sworn, depose and say that on the **18th day of April, 2022 at 11:49 am, I:**

SERVED by MAIL SERVICE. On 4/20/2022 I personally deposited two true copies of the SUMMONS AND COMPLAINT with the United States Postal Service, one via FIRST CLASS MAIL and one via CERTIFIED MAIL, RETURN RECEIPT REQUESTED with postage prepaid addressed to MACY'S, INC DBA MACY'S at 5708 SE 136TH AVE, SUITE 2, PORTLAND, OR 97236. A copy of the mailing is attached.

**Additional Information pertaining to this Service:**
First class mailers + cert mailers going to :

5708 SE 136TH AVE, Suite 2, Portland, OR 97236 - 7018 1130 0001 8410 8696
151 West 34th Street, New York, New York 10001 - 7018 1130 0001 8410 8689
145 Progress Place, Springdale, OH 45246 - 7018 1130 0001 8410 8719

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 20th day of April, 2022 in the county of Multnomah by the affiant who is personally known to me.

NOTARY PUBLIC
of OREGON

OFFICIAL STAMP
PARIS MONIQUE WARREN
NOTARY PUBLIC - OREGON
COMMISSION NO. 1010195
MY COMMISSION EXPIRES MARCH 10, 2025

Paris Warren
Process Server
4/20/2022
Date

BARRISTER SUPPORT SERVICE, INC.
10725 SW Barbur Blvd
Suite 202
Portland, OR 97219-6754
(503) 246-8934

Our Job Serial Number: TSB-2022001601



EXHIBIT 1
Page 8 of 16

Case 3:22-cv-00727-IM    Document 1-1    Filed 05/17/22    Page 9 of 16




EXHIBIT 1
Page 9 of 16

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Macy's INC D/B/A Macys
B/A Corporate Network
5708 SE 136th Ave
Suite 2, Portland OR 97236

9590 9402 4377 8190 1967 75

2. Article Number (Transfer from service label)

7018 1130 0001 8410 8696

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT 1
Page 10 of 16

US POSTAGE $07.33 First-Class
Mailed From 97219
04/20/2022
032A 0061856084

CERTIFIED MAIL
7018 1130 0001 8410 8689

Macy's INC DBA Macy's
President-Jeffrey Genette
151 West 34th Street
New York, New York 10001

Barrister Support Service
10725 SW Barbur Blvd.
Suite 202
Portland, OR 97219
www.barristersupport.com



US POSTAGE $00.53 First-Class
Mailed From 97219
04/20/2022
032A 0061856084

Macy's INC DBA Macy's
President-Jeffrey Genette
151 West 34th Street
New York, New York 10001

Barrister Support Service
10725 SW Barbur Blvd.
Suite 202
Portland, OR 97219
www.barristersupport.com



EXHIBIT 1
Page 11 of 16

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Macy's Inc DBA Macy's<br>President - Jeffrey Genette<br>151 West 34th Street<br>New York, New York 10001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 9590 9402 4377 8190 1967 51 | |
| 2. Article Number (Transfer from service label)<br>7018 1130 0001 8410 8689 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

EXHIBIT 1
Page 12 of 16



Envelope 1:
- Postage: US POSTAGE $07.33 First-Class, Mailed From 97219, 04/20/2022, 032A 0061856084
- Certified Mail: 7018 1130 0001 8410 8719
- Addressed to: Macy's, INC DBA Macy's / 145 Progress Place / Springdale, OH 45246
- Return address: Barrister Support Service / 10725 SW Barbur Blvd. / Suite 202 / Portland, OR 97219 / www.barristersupport.com



Envelope 2:
- Postage: US POSTAGE $00.53 First-Class, Mailed From 97219, 04/20/2022, 032A 0061856084
- Addressed to: Macy's, INC DBA Macy's / 145 Progress Place / Springdale, OH 45246
- Return address: Barrister Support Service / 10725 SW Barbur Blvd. / Suite 202 / Portland, OR 97219 / www.barristersupport.com



EXHIBIT 1
Page 13 of 16

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Macys Inc DBA Macys
   145 Progress Place
   Springdale, OH 45246

   9590 9402 4377 8190 1952 11

2. Article Number (Transfer from service label)

   7018 1130 0001 8410 8719

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXHIBIT 1
Page 14 of 16

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| DIANE CHERIS MEEK,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S, INC., d/b/a MACY'S, a foreign business corporation,<br><br>    Defendant. | Case No.: 22CV12030<br><br>SUMMONS |

To:     Macy's, Inc. *via registered agent* Corporate Creations Network Inc.
5708 SE 136th Ave
Suite 2
Portland, OR 97236

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff will apply to the court for the relief demanded in the third-party complaint.

NOTICE TO THE RESPONDENT:
READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll free in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY

Joel D. Sturm, OSB # 124710
PRINTED NAME OF ATTORNEY

Thuemmel Uhle & Eder
278 SW Arthur Street
Address

Portland    OR     97201    (503) 227-4601
City       State      ZIP       Phone

PAGE- 1  SUMMONS

THUEMMEL UHLE & EDER
278 SW Arthur Street
Portland, OR 97201
503-227-4601

ORIGINAL

EXHIBIT 1
Page 15 of 16

STATE OF OREGON: County of Multnomah) ss.

I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

*[signature]*
Joel D. Sturm, OSB #124710
Thuemmel Uhle & Eder
278 SW Arthur Street
Portland, OR 97201
ATTORNEY OF RECORD FOR PLAINTIFF

PLAINTIFF TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

*[signature]*
Joel D. Sturm, OSB #124710
Thuemmel Uhle & Eder
278 SW Arthur Street
Portland, OR 97201
ATTORNEY OF RECORD FOR PLAINTIFF

PAGE - 2  SUMMONS

THUEMMEL UHLE & EDER
278 SW Arthur Street
Portland, OR 97201
503-227-4601

EXHIBIT 1
Page 16 of 16